UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                      CASE NO. 12 B 33449
                                            CHAPTER 13
RENITA ROCHELLE CLARK
                                            JUDGE CAROL A DOYLE

         DEBTOR                             **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  HOP TRUST 2013-1

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 12 | 4346  4101 S MICHIGAN | $41,154.58 | $41,154.58 | $41,154.58 |
| Total Amount Paid by Trustee | | | | | $41,154.58 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 12-33449-CAD

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 3rd day of March, 2015.

Debtor:
RENITA ROCHELLE CLARK
4101 S MICHIGAN AVE
APT# 312
CHICAGO, IL  60653

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL  60603
via Clerk's ECF noticing procedures

Mortgage Creditor:
SPECIALIZED LOAN SERVICES
% CLERK CHANCERY
50 W WASHINGTON ST RM 802
CHICAGO, IL  60602

Mortgage Creditor:
SPECIALIZED LOAN SERVICES
% HAUSELMAN RAPPIN &
OLSWANG
39 S LASALLE ST STE 1105
CHICAGO, IL  60603

Creditor:
HOP TRUST 2013-1
% SN SERVICING CORPORATION
323 FIFTH ST
EUREKA, CA  95501

ELECTRONIC SERVICE - United States Trustee

Date:  March 03, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603